**Judge McMahon**  07 CV 3341

Elana Gilaad (EG-4212)
FORD & HARRISON LLP
100 Park Avenue, Suite 2500
New York, NY 10017
Phone: 212.453.5900
Fax:  212.453.5959
*Attorneys for Defendant Polk Theatre, Inc.*



APR 2 6 2007

U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JFP TOURING, LLC,

          Plaintiff,

      -against-

POLK THEATER, INC.,

          Defendant.

Civil Action No.:

**DEFENDANT'S STATEMENT PURSUANT
TO FED. R. CIV. P. 7.1(b)**

     Defendant, Polk Theatre, Inc., hereby makes the following corporate disclosures pursuant to Federal Rule of Civil Procedure 7.1(b).

    1.     The following are parent corporations of Polk Theatre, Inc.:  None.

    2.     The following publicly-held companies own ten percent or more of Polk Theatre, Inc.:  None.

Dated:  April 26, 2007

               Respectfully submitted,

               FORD & HARRISON LLP

By: _____

               Elana Gilaad (EG-4212)
               100 Park Avenue, Suite 2500
               New York, NY 10017
               Phone:  212.453.5900
               Fax:  212.453.5959
               *Attorneys for Defendant Polk Theatre, Inc*

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true and correct copy of the foregoing Defendant's

Statement Pursuant to Fed. R. Civ. P. 7.1(b) has been served by Hand Delivery:

Leslie H. Ben-Zvi, Esquire
1790 Broadway – 10th Floor
New York, NY 10019
*Attorneys for JFP Touring, LLC*

_____

Elana Gilaad (EG-4212)

Dated: April 26, 2007

NEW YORK:47307.1

- 2 -