Elana Gilaad (EG-4212)
FORD & HARRISON LLP
100 Park Avenue, Suite 2500
New York, NY 10017
Phone: 212.453.5900
Fax: 212.453.5959
*Attorneys for Defendant Polk Theatre, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JFP TOURING, LLC,<br><br>  Plaintiff,<br><br>-against-<br><br>POLK THEATRE, INC.,<br><br>  Defendant. | Civil Action No. 07-3341 (CM)(RLE)<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2) OR IN THE ALTERNATIVE TO TRANSFER VENUE PURSUANT TO FED. CIV. P. 12 (b)(3)**<br><br>Document Electronically Filed |

TO: Leslie H. Ben-Zvi, Esq.
    1790 Broadway – 10th Floor
    New York, NY 10019
    *Attorneys for Plaintiff*

PLEASE TAKE NOTICE that on _____, 2007, at 10:00 a.m. in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorneys for defendant Polk Theatre ("Defendant") shall move, pursuant to Fed. R. Civ. P. 12(b)(2) and (3), before the Honorable Colleen McMahon, United States District Judge, for an Order dismissing Plaintiff's complaint in its entirety and with prejudice, or in the alternative transferring Plaintiff's complaint from the United States District Court for the Southern District of New York to the Middle District of Florida, Tampa Division, and awarding Defendant attorneys' fees and costs and such other relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that in support of this Motion the Defendant shall rely upon the concurrently filed Memorandum of Law, Affidavit of Leslie Sikora with exhibits

annexed thereto, upon the record before the Court.

    PLEASE TAKE FURTHER NOTICE that oral argument is requested.

Dated: May 1, 2007                      FORD & HARRISON LLP

By:  s/ Elana Gilaad
Elana Gilaad (EG-4212)
100 Park Avenue, Suite 2500
New York, NY 10017
Phone: 212.453.5900
Fax: 212.453.5959

William Edward Grob*
Florida Bar No. 0463124
101 E. Kennedy Boulevard, Suite 900
Tampa, FL 33602-5133
Phone: 813.261.7800
*Pro Hac Vice Admission Pending

*Attorneys for Defendant Polk Theatre, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing Notice of Motion, Memorandum of Law, Affidavit of Leslie Sikora with exhibits annexed thereto, has been served by Hand Delivery upon:

Leslie H. Ben-Zvi, Esquire
1790 Broadway – 10th Floor
New York, NY 10019

*Attorneys for Plaintiff JFP Touring, LLC*

Elana Gilaad (EG-4212)

Dated: May 1, 2007

NEW YORK:47318.1