

Elana Gilaad (EG-4212)
FORD & HARRISON LLP
100 Park Avenue, Suite 2500
New York, NY 10017
Phone: 212.453.5900
Fax: 212.453.5959
*Attorneys for Defendant Polk Theatre, Inc.*

**received**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JFP TOURING, LLC, | Civil Action No. 07-3341 (CM)(RLE) |
| Plaintiff, | **MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |
| -against- | |
| POLK THEATRE, INC., | |
| Defendant. | |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Elana Gilaad, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

William E. Grob
Ford & Harrison LLP
101 East Kennedy Blvd.
Suite 900
Tampa, Florida 33602
(813) 261-7800
(813) 261-7899 (facsimile)

William E. Grob is a member in good standing of the Bar of the state of Florida. There are no pending disciplinary proceeding against William E. Grob in any State or Federal Court.

**[signatures appear on next page]**

Dated: May 1, 2007

Respectfully submitted,

FORD & HARRISON LLP

By: _____

Elana Gilaad (EG 4212)
100 Park Avenue, Suite 2500
New York, NY 10017
Phone: 212.453.5900
Fax: 212.453.5959
*Attorneys for Defendant Polk Theatre, Inc.*

Elana Gilaad (EG-4212)
FORD & HARRISON LLP
100 Park Avenue, Suite 2500
New York, NY 10017
Phone: 212.453.5900
Fax: 212.453.5959
*Attorneys for Defendant Polk Theatre, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JFP TOURING, LLC, | Civil Action No. 07-3341 (CM)(RLE) |
| Plaintiff, | **AFFIDAVIT OF ELANA GILAAD IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| -against- | |
| POLK THEATRE, INC., | |
| Defendant. | |

STATE OF NEW YORK    )
                     )    ss:
COUNTY OF NEW YORK  )

Elana Gilaad, being duly sworn, hereby deposes and says as follows:

1.    I am of counsel at Ford & Harrison LLP, counsel for Defendant in the above-captioned case. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's Motion to Admit William E. Grob as counsel *pro hac vice* to represent Defendant in this matter.

2.    I am a member in good standing of the bar of the State of New York and was admitted to practice law in law in June 14, 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known William E. Grob since March 2007.

4.    Mr. Grob is an attorney at Ford & Harrison LLP in Tampa, Florida.

5.    I have found Mr. Grob to be a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of William E. Grob, *pro hac vice.*

7.    I respectfully submit a proposed order granting the admission of William E. Grob, *pro hac vice,* which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit William E. Grob, *pro hac vice,* to represent Defendant in the above captioned, be granted.

Dated:  May 1, 2007
        New York New York

Respectfully submitted,

Elana Gilaad (EG-4212)

Notary Public:

SYLVIA BELL
Notary Public, State of New York
No. 01BE6149212
Qualified in New York County
Commission Expires July 03, 2010

- 2 -

# EXHIBIT A

Elana Gilaad (EG-4212)
FORD & HARRISON LLP
100 Park Avenue, Suite 2500
New York, NY 10017
Phone: 212.453.5900
Fax: 212.453.5959
*Attorneys for Defendant Polk Theatre, Inc.*

---

JFP TOURING, LLC,

        Plaintiff,

    -against-

POLK THEATRE, INC.,

        Defendant.

Civil Action No.  07-3341 (CM)(RLE)

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

---

Upon the motion of Elana Gilaad, attorney for Defendant, Polk Theatre, Inc., and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

William E. Grob
Ford & Harrison LLP
101 East Kennedy Blvd.
Suite 900
Tampa, Florida  33602
(813) 261-7800
(813) 261-7899 (facsimile)
wgrob@fordharrison.com

William E. Grob is admitted to practice *pro hac vice* as counsel for Defendant, Polk Theatre, Inc., in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated this _____ day of _____, 2007.

_____
COLLEEN MCMAHON, U.S.D.J.


cc:    Leslie H. Ben-Zvi, Esq., Counsel for Plaintiff


NEW YORK:47332.1

Elana Gilaad (EG-4212)
FORD & HARRISON LLP
100 Park Avenue, Suite 2500
New York, NY 10017
Phone: 212.453.5900
Fax: 212.453.5959
*Attorneys for Defendant Polk Theatre, Inc.*

---

| | |
|---|---|
| JFP TOURING, LLC, | Civil Action No. 07-3341 (CM)(RLE) |
| Plaintiff, | |
| -against- | **ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |
| POLK THEATRE, INC., | |
| Defendant. | |

Upon the motion of Elana Gilaad, attorney for Defendant, Polk Theatre, Inc., and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

William E. Grob
Ford & Harrison LLP
101 East Kennedy Blvd.
Suite 900
Tampa, Florida 33602
(813) 261-7800
(813) 261-7899 (facsimile)
wgrob@fordharrison.com

William E. Grob is admitted to practice *pro hac vice* as counsel for Defendant, Polk Theatre, Inc., in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated this _____ day of _____, 2007.


_____
COLLEEN MCMAHON, U.S.D.J.


cc:    Leslie H. Ben-Zvi, Esq., Counsel for Plaintiff


NEW YORK:47332.1



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

**651 EAST JEFFERSON STREET**
**TALLAHASSEE, FLORIDA 32399-2300**

**850/561-5600**
**WWW.FLORIDABAR.ORG**

State of Florida            )

County of Leon            )

                                   In Re:      463124
                                                 William Edward Grob
                                                 Ford & Harrison, LLP
                                                 101 E. Kennedy Blvd., Ste. 900
                                                 Tampa, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on March 23, 2001.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 26TH day of April, 2007.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/ssTH1:R10

# STATE BAR
## OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. William Edward Grob
Ford & Harrison, LLP
Suite 900
101 E. Kennedy Blvd.
Tampa, FL 33602


**CURRENT STATUS:**     Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:**     **08/24/2001**

**Attorney Bar Number: 312902**

Today's Date:    April 26, 2007

**Listed below are the public disciplinary actions, if any, which have been taken against this member:**

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
   -**Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
   -**Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law**
    **in the State of Georgia.**
   -**Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.**

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Judy Hill*

Official Representative of State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

Elana Gilaad (EG-4212)
FORD & HARRISON LLP
100 Park Avenue, Suite 2500
New York, NY 10017
Phone:  212.453.5900
Fax:  212.453.5959
*Attorneys for Defendant Polk Theatre, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JFP TOURING, LLC, | Civil Action No.:  07-3341 (CM)(RLE) |
| Plaintiff, | |
| -against- | **CERTIFICATE OF SERVICE** |
| POLK THEATRE, INC., | |
| Defendant. | |

I certify that on this date, I caused the following documents to be served, via hand delivery, upon

counsel for plaintiff, Leslie Ben-Zvi, Esq., 1790 Broadway, 10th Floor, New York, NY 10019:

1.    Motion for Admission of William E. Grob *Pro Hac Vice*;

2.    Affidavit of Elana Gilaad in support of Admission of William E. Grob *Pro Hac Vice*;

3.    Proposed Order for Admission *Pro Hac Vice*; and

4.    Certificates of Good Standing for Wiliam E. Grob.

Dated: May 1, 2007

_____
Elana Gilaad (EG-4212)