UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

JFP Touring, LLC,

                Plaintiff(s),         07 Civ. 03341 (CM) (RLE)

-against-                                  ORDER OF REFERENCE
                                                  TO A MAGISTRATE JUDGE

Polk Theater, Inc.,

                Defendant(s).

----------------------------------------X

The above entitled action is referred to the Honorable Ronald L. Ellis, United States Magistrate Judge for the following purpose(s):

\_\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

__✓__ Discovery Supervision

\_\_\_\_\_ Social Security

\_\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

\_\_\_\_\_ Settlement*

\_\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_\_ Habeas Corpus

\_\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

_____

All such motions:_____

---

* Do not check if already assigned for general pretrial.

Dated: 5/7/07
New York, New York

SO ORDERED

_____
Hon. Colleen McMahon
United States District Judge