USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DO[C #:]
DATE FILED: 5/11/07

Elana Gilaad (EG-4212)
FORD & HARRISON LLP
100 Park Avenue, Suite 2500
New York, NY 10017
Phone: 212.453.5900
Fax: 212.453.5959
*Attorneys for Defendant Polk Theatre, Inc.*

| | |
|---|---|
| JFP TOURING, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>POLK THEATRE, INC.,<br><br>Defendant. | Civil Action No. 07-3341 (CM)(RLE)<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the motion of Elana Gilaad, attorney for Defendant, Polk Theatre, Inc., and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

> William E. Grob
> Ford & Harrison LLP
> 101 East Kennedy Blvd.
> Suite 900
> Tampa, Florida 33602
> (813) 261-7800
> (813) 261-7899 (facsimile)
> wgrob@fordharrison.com

William E. Grob is admitted to practice *pro hac vice* as counsel for Defendant, Polk Theatre, Inc., in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

- 2 -

Dated this _11_ day of _May_, 2007.

_____
COLLEEN MCMAHON, U.S.D.J.

cc:   Leslie H. Ben-Zvi, Esq., Counsel for Plaintiff

NEW YORK:47332.1

- 2 -