FORD & HARRISON LLP

William Edward Grob
Florida Bar No. 0463124
wgrob@fordharrison.com
Admitted *pro-hac vice*
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida  33602-5133
Phone: 813.261.7800
Fax: 813. 261.7899

Elana Gilaad (EG-4212)
100 Park Avenue, Suite 2500
New York, NY 10017
Phone:  212.453.5900
Fax: 212.453.5959
*Attorneys for Defendant Polk Theatre, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JFP TOURING, LLC,<br><br>　　　　Plaintiff,<br><br>-against-<br><br>POLK THEATRE, INC.,<br><br>　　　　Defendant. | Civil Action No.:  07-3341 (CM)(RLE)<br><br>**CERTIFICATE OF SERVICE** |

I certify that on this date, I caused Defendant's Reply Memorandum In Support Of Its Motion To Dismiss Plaintiff's Complaint Or In The Alternative To Transfer Venue to be served, via hand delivery, upon counsel for plaintiff, Leslie Ben-Zvi, Esq., 1790 Broadway, 10th Floor, New York, NY 10019:

Dated: June 14, 2007

　　　　　　　　　　　　　　　　　　　　s/Elana Gilaad
　　　　　　　　　　　　　　　　　　　　Elana Gilaad (EG-4212)