LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

101 E. Kennedy Boulevard, Suite 900, Tampa, Florida 33602-5133
Tel 813-261-7800  Fax 813-261-7899
www.fordharrison.com

Writer's Direct Dial:
WILLIAM E. GROB
(813) 261-7848
wgrob@fordharrison.com

May 18, 2007



**VIA FED EX**
The Honorable Colleen McMahon
United States District Court
Southern District of New York
Courtroom 21B
500 Pearl Street
New York, New York 10007

    Re:    *JFP Touring, LLC v. Polk Theatre, Inc.*

Dear Judge McMahon:

    I write on behalf of Defendant, Polk Theatre, Inc. On May 1, 2007 Defendant filed a Motion to Dismiss the afore-referenced Complaint for lack of personal jurisdiction. Commensurate with filing, Defendant served a copy of the Motion on Plaintiff's counsel. Plaintiff's responsive pleading was due on or before Tuesday, May 15, 2007. To date, no responsive pleading has been filed. Additionally, Plaintiff's counsel has not contacted undersigned counsel seeking an extension to respond beyond your Honor's pleading schedule. Prior to sending the instant correspondence, undersigned counsel telephoned the office of Plaintiff's counsel to inquire about the status of his response and was informed that Plaintiff's counsel is on vacation until after next week. As such, Defendant respectfully requests whether any further action is necessary on the part of Defendant to facilitate the Motion before the Court?

Very truly yours,

**MEMO ENDORSED**

William E. Grob

WEG:mjk
cc:    Elana Gilaad, Esq.
        Leslie H. Ben-Zvi, Esq.

*No — it will be taken care of*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/07

ATLANTA • ASHEVILLE • BIRMINGHAM • CHICAGO • DALLAS • DENVER • JACKSONVILLE • LOS ANGELES • MELBOURNE
MEMPHIS • MIAMI • MINNEAPOLIS • NEW YORK • ORLANDO • PHOENIX • SPARTANBURG • TAMPA • WASHINGTON, D.C.