# POLK THEATRE

Listed on the National Register of Historic Places

127 South Florida Avenue
Lakeland, Florida 33801
Phone: (863) 682-7553
FAX: (863) 682-8227
Website: www.polktheatre.org
E-Mail: lesliesikora@polktheatre.org

## FACSIMILE COVER SHEET

Date: 10/27/06    Time: 4:57pm    From: Leslie Sikora

Please deliver the following pages to:

NAME: Jessica Francis, Operations Manager

FIRM: Avid Touring Group, Ltd.

FAX NO.: 212-840-4397

Total pages, including cover: 8

MESSAGE:

A

 

234 West 44th Street, Suite 902, New York, New York 10036 * Tel (212) 840-4393; Fax (212) 840-4397

## ON GOLDEN POND
### Engagement Memorandum

DATE:     September 18, 2006
TO:       Leslie A. Sikora
FROM:     L. Glenn Poppleton / Ron Gubin
CC:       Jeffrey Finn
RE:       ON GOLDEN POND / Lakeland

ON GOLDEN POND starring Tom Bosley and Michael Learned is produced by JFP Touring, LLC. ("Producer") and booked exclusively by Avid Touring Group, Ltd. ("Avid"). The following performance schedule, local expenses, ticket prices, and basic engagement terms are confirmed for ON GOLDEN POND in Lakeland.

Please note: Before any public announcement of this attraction is made, including subscription announcements, Presenter must; a) return a signed copy of this Engagement Memorandum, indicating Presenter's acceptance of the terms and conditions set forth herein and also to the attached schedules A and B and Technical Rider; and, b) receive written authorization from the Producer's National Press Representative authorizing a public announcement of the engagement.

Our office will use this Engagement Memorandum and attachments to generate your Engagement Agreement. Please review and sign this Engagement Memorandum and attachments and return them to us so that we may issue the Engagement Agreement. This engagement is subject to the terms of the fully executed Engagement Agreement, which shall be derived, in part, from the terms agreed upon in this Engagement Memorandum. Thank you for helping us to expedite the contracting process.

ON GOLDEN POND must be included as part of the show package purchased by all subscribers on your main Broadway series.

| | |
|---|---|
| Presenter: | ✓Polk Theatre, Inc. |
| Venue/City: | ✓Polk Theatre/Lakeland FL |
| Load-in: | ✓Wednesday, February 28, 2007 |
| Engagement period: | ✓One (1) Day<br>✓Two (2) PERFORMANCES<br>✓Wednesday, February 28, 2007 |
| Performance Schedule: | ✓Wednesday Matinee at 3:00 pm and Evening at 8:00 pm |

    ✓ Except where travel dictates a special performance schedule, please allow 5 hours between start times on a two-show day. On any two (2) performance day when curtain times do not allow for required breaks between shows (as per applicable IATSE and AEA rules), a catered hot meal must be provided by and at the expense of the Presenter (as a Documented Expense of the Engagement). In the event that a catered meal is to be provided to any local or touring personnel, then catering must be provided for touring personnel to be present at the time of the meal (i.e. there should not be a situation when catering is provided but touring personnel are not invited to share in it).

    ✓Please confirm performance schedule above.

ON GOLDEN POND / Lakeland FL
February 28, 2007
Page 2 of 5

| | |
|---|---|
| **Engagement Terms:** | As full compensation for the services of Producer, Presenter shall pay, to Producer in United States currency, by certified check, bank wire, money order or accepted bank draft, the following: |

✓(i)   Forty Five Thousand United States Dollars ($45,000.00) (the "Fixed Guarantee"), plus

✓(ii)  Ten percent (10%) of the Net Adjusted Gross Weekly Box Office Receipts from the first dollar (the "Percentage Payment"), plus

✓(iii) Sixty percent (60%) of the Net Adjusted Gross Box Office Receipts for the Engagement, which are in excess of the combined sum of: (i) the combined totals of the Fixed Guarantee and the Percentage Payment; and (ii) the Local Weekly Fixed Expenses and Documented and Substantiated Expenses as set forth in Schedule A (the "Overage").

✓ A deposit in the amount of Twenty Two Thousand Five Hundred United States Dollars ($22,500.00) shall be due and payable on or before Monday, January 29, 2007 by wire transfer (Bank Information listed below) and shall be deemed to be an advance against the Fixed Guarantee.

✓ The balance of the Fixed Guarantee shall be due and payable at 3:00 pm on the day of the performances hereunder by wire transfer.

✓ The Percentage Payment shall be due and payable at intermission of the final performance of the Engagement.

✓ The Overage for the Engagement is cumulative and shall be due during intermission of the final performance of the Engagement.

✓ Final settlements shall be subject to Producer's written approval.

| | |
|---|---|
| **Bank Information:** | ✓ SEND TO BANK INFORMATION |
| | ABA or Routing #:   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 |
| | Bank Name:          JP Morgan Chase Bank |
| | Bank Country:       USA |
| | Bank Address:       Ground Floor, 1 Chase Manhattan Plaza, New York, NY 10081 |
| | |
| | SEND TO ACCOUNT INFORMATION |
| | Account #:                1512-0848-1065 |
| | Account Name:             JFP Touring, LLC |
| | Account Holder's Address: 1501 Broadway, Suite 2003 New York, NY 10036 |
| | Currency (US $ or Other): USD |
| **Expenses:** | ✓ See attached Schedule A for approved expenses. |

Form Revised 6/13/06 (Version 1.7)

ON GOLDEN POND / Lakeland FL
February 28, 2007
Page 3 of 5

| | |
|---|---|
| **Star Requirements:** | ✓ Per the Technical Requirements Rider, all star requirements shall be a **Presenter Expense**. |
| | ✓ Presenter will provide two (2) one-bedroom suites (one suite for each star) in a First Class deluxe accommodation for the duration of the stay during the Engagement. The suites must have a separate sleeping room from the parlor and all accommodations are to be approved by the company manager. |
| | ✓ Presenter shall provide two (2) private star dressing rooms, both of which shall contain a full bathroom, refrigerator, cot/sofa, fully lighted mirrors, chairs, coffee and tea service, sodas, and non-carbonated bottled water on ice as outlined in the Technical Requirements Rider. A fruit plate is to be provided on the Opening Night performance. If there is a private shared lounge between the two star dressing rooms, then all hospitality items may be placed in the lounge to be shared by the stars. |
| | ✓ Presenter shall provide limousine or Town Car transportation to and from airport, to the hotel, to and from hotel to theatre, and to and from ALL press events as outlined in Technical Requirements Rider. |
| **Advertising Commission:** | ✓ Not to exceed 15% on approved electronic, print, and outdoor advertising only. No commission on production or trade. |
| **Program Copy:** | ✓ The cost of printing the Company's 9.5-pages of program copy will be included in the local fixed expenses. |
| **Ticket Prices:** | ✓ Please see attached Schedule B for approved price scales. Box Office manifest shall reflect ALL seats in the theatre. No seats to be held off manifest. ("Corporate seats" and "Donor seats" etc., MUST appear on the Box Office manifest and be included in the calculation of gross box office receipts at full-value of the applicable seating tier.) **Presenter has informed Producer that there are One Hundred (100) kills/obstructed view seats, which will not be utilized, and no patron (paid or comp) will be seated in them (See Schedule B, Attached).** |
| | ✓ Public On-Sale Date of tickets: To Be Determined |
| **Discounts:** | ✓ All discounts will be as indicated on Schedule B. |
| **Deductions:** | ✓ See attached Schedule B for approved deductions. Not more than one (1) type of percentage sales commission may be charged on any one (1) ticket. Sales commissions must be calculated on ticket prices NET of restoration charges and taxes (if any). |
| | ✓ For purposes of Group Commissions, a group is defined as a minimum of ten (10) tickets at one performance, which are purchased by a single customer. There shall be no "bundling" of tickets from various performances or different buyers in determining a group minimum. |
| **Complimentary, Press Trade, or House tickets:** | ✓ There will be no complimentary or trade tickets of any kind without the prior written approval of Producer or Producer's representative. |

Form Revised 6/13/06 (Version 1.7)

ON GOLDEN POND / Lakeland FL
February 28, 2007
Page 4 of 5

The above notwithstanding, both Producer and Presenter shall receive four (4) complimentary tickets for Opening Night and two (2) complimentary tickets for all other performances. Producer must approve any additional complimentary tickets in writing in advance.

**Company House Seats:** Producer will require Twenty (20) house seats per performance for purchase in ~~rows five (5) through fifteen (15) of~~ the center Orchestra section, *premium seats* under 48 hour hold, to be sold at regular box office prices.

**Advertising Budget:** Weekly advertising budget will be as indicated on Schedule A unless otherwise approved in writing by Producer or Producer's national press representative. All other marketing expenses are subject to the prior written approval of Producer or Producer's national press representative. Only those advertising and promotional materials furnished by the Producer can be used for the Engagement; any proposed changes shall be subject to the prior written approval of Producer or Producer's national press representative.

**Marketing:** The advance sale timeline and preliminary marketing campaign must be submitted to Producer's representative within 30 days of public or private announcement. The advertising budget and marketing plan must be submitted within 30 days of the on-sale and are subject to the prior written approval of the Producer's national press representative.

Excepting Presenter's season brochure which will be sent only to previous series subscribers, Presenter agrees not to advertise the Engagement until after December 10, 2006.

Please submit your marketing plans and advertising budget to the Producer's national press representative, Anita Dloniak, tel: (216) 398-1931, fax: (216) 661-4645 and e-mail: anitad@stratos.net.

**Technical Rider:** Attached is the preliminary Technical Rider as of August 9, 2006, which is subject to change. Presenter hereby agrees to the terms of the attached Technical Rider. The requirements and estimates set forth therein are subject to change due to local conditions.

Any Additional Costs due to local conditions will be a Fixed Engagement Expense.

**Special Provisions:** The form and manner of billing credits and sponsors on tickets shall be determined by Producer, and Presenter shall promptly and fully comply with said determination. Ticket stock should be printed as follows: "<u>Show Sponsor Name TBA</u> Presents *ON GOLDEN POND*".

Producer will have the right to purchase seats for the tour sponsor at regular box office prices.

There shall be no commission charged for any group booked by or on behalf of a company member through the company.

**Repeat Engagements:** Nothing in this agreement shall obligate Producer to afford subsequent presentation rights to the Presenter.

Form Revised 6/13/06 (Version 1.7)

**Booking Agent:**   It is expressly agreed that Avid Touring Group, Ltd. is authorized to act as Producer's designee on Producer's behalf, but that Avid Touring Group, Ltd. is not a producer or presenter of the Production or a party hereto, and that Avid Touring Group, Ltd. shall not be held responsible by Presenter for any of Producer's obligations hereunder, or by Producer for any of Presenter's obligations hereunder.

**Prevailing Terms:**   Where this Engagement Memorandum, attached Producer's schedules and/or Technical Rider conflicts with any terms in the Presenter's Rider and/or addendums attached hereto, the terms in this Engagement Memorandum, attached Producer's schedules and/or Technical Rider shall prevail.

Please sign below and return to Jessica Francis at Avid Touring Group, Ltd. as soon as possible. Should you have any questions, feel free to call.

Please advise Avid immediately if any of the provisions of this Engagement Memorandum and/or the attached schedules and Technical Rider do not accurately reflect your understanding of the agreement for the Engagement. Producer reserves the right to revoke confirmation of the Engagement in the event that the Presenter fails to return to Avid a non-modified copy of this Engagement Memorandum and its attachments which have been signed as Accepted and Agreed by the Presenter within ten (10) business days from the date of this Engagement Memorandum.

We are looking forward to a successful engagement of ON GOLDEN POND in Lakeland.

ACCEPTED AND AGREED:

_[signature]_ 10/27/06
Polk Theatre, Inc.   Date
By: Leslie A. Sikora, Executive Director

encl.  - Schedule A (As of: 9/8/06)
       - Schedule B (As of: 9/8/06)
       - Technical Rider (As of: 8/9/06)

Form Revised 6/13/06 (Version 1.7)

As of: 9/12/06                                                              Lakeland FL - ON GOLDEN POND
Polk Theatre
Wednesday, February 28, 2007

**Schedule A**

| ESTIMATE OF DOCUMENTED & SUBSTANTIATED EXPENSES | Engagement |
|---|---|
| Stagehands/Technical Services | $7,000.00 |
| Utilities | $150.00 |
| Playbill Printing | $1,000.00 |
| Cleaning | $150.00 |
| General Expense/Theatre Rental | $1,200.00 |
| Hospitality | $500.00 |
| Hotel | $300.00 |
| House Manager | $264.00 |
|  | **$10,564.00** |
| Advertising | $2,000.00 |
| (TV, Radio, Print Media, Posters/Heralds) |  |
|  | **$2,000.00** |
| **TOTAL ENGAGEMENT DOCUMENTED & SUBSTANTIATED EXPENSES** | **$12,564.00** |

VARIABLE DOCUMENTED EXPENSES
None

| **TOTAL ENGAGEMENT EXPENSES (Excl. Variable)** | **$12,564.00** |
|---|---|

PRESENTER shall furnish all items specified above and PRODUCER shall not be charged for any item other than specified above. Advertising Expenses are not to be in amounts in excess of that which is specified above without the prior written approval of PRODUCER. Any increases to the estimated documented expenses are to be subject to discussions between both the PRODUCER and the PRESENTER.

Presenter Initials _[signature]_

As Of: 9/12/06                                                    Lakeland FL - ON GOLDEN POND
                                                                  Polk Theatre
                                              Wednesday, February 28, 2007 ; 1 Performances

Schedule B

Ticket Prices listed below are Exclusive of Facility Fee

Wednesday Matinee at 3:00 PM and Wednesday Evening at 8:00 PM

|            |      |                | TOTAL       |          |         |
|------------|------|----------------|-------------|----------|---------|
| Section 1  | 690  | ~~$45.00~~ 38. | $31,050.00  | 26,220   |         |
| Section 2  | 262  | ~~$35.00~~ 27. | $9,170.00   | 7,074    |         |
| Section 3  | 352  | ~~$25.00~~ 20. | $8,800.00   | 7,040    | → 40,334 |
|            | 1304 |                | $49,020.00  |          |         |

x 2 performances

Gross Potential                                              ~~$98,040.00~~ 80,668

| TOTAL GROSS POTENTIAL |                                       ~~$98,040.00~~ $80,668 |

There are One Hundred (100) kills/obstructed view seats, which will not be utilized, and no patron (paid or comp) will be seated in them. These seats are not reflected above. In the event that these seats are put on sale, they will be sold at $20.00 each, thereby increasing the Total Gross Potential for the Engagement by $4,000.00 for a new Total Gross Potential for the Engagement of $102,040.00.

ALL COMMISSIONS PAID NET OF ANY TAXES, SURCHARGES OR FACILITY/RESTORATION FEES
NOT MORE THAN  ONE (1) TYPE OF PERCENTAGE SALES COMMISSION SHALL BE CHARGED
ON ANY ONE (1) TICKET

SURCHARGES (Not included in Ticket Price)
None

DEDUCTIONS (all deductions inclusive of credit cards)
| Window Sales w/ CC | 3% |
| Phones Sales/Internet | N/A |
| Outlet/Remote | N/A |
| Subscription Commissions | N/A |
| (includes prorata share of subscription advertising and brochure costs) | |
| Third-Party Subscription Commission (if any) | N/A |
| Group Sales Commissions (Groups 10+) | N/A |
| (includes expenses) | |

DISCOUNTS
| Subscribers | N/A |
| Group Sales (10+) | 10% |

_____
Presenter (signature)



2006-2007 National Tour

**Jeffrey Finn Productions, Inc.**

PRELIMINARY TECHNICAL REQUIREMENTS
As of: August 9th, 2006

The estimated, preliminary technical requirements for the new 2006-2007 touring production of ON GOLDEN POND are based on the current plans from the show's design and production team. Prior to the opening of the tour, we cannot precisely determine the technical and crew requirements. The actual load-in/lout crew call will not be set until after the second move/third venue of the tour. Additional stage labor may be necessitated by local union requirements, physical limitations of the venue or other local conditions.

The following technical requirements are meant to assist presenters in anticipating the technical requirements of the production, but they are subject to change. Should you have any questions, substitutions, objections, or changes please notify Avid Touring at (212) 840-4393. We will forward them to the appropriate production representative. Your cooperation and advance preparation will help us insure a technically efficient engagement.

### YELLOW CARD CALL*

ON GOLDEN POND IS A "YELLOW CARD" ATTRACTION. A "Yellow Card" will be sent to the business agent of the nearest IATSE local having a contract with your facility. This is the minimum call and is subject to change with local conditions. Department heads are included (as working) in these numbers. If head does not work, he/she must be replaced with working crewmember at expense of Presenter. If the house contract recognizes sound as a separate department, the house head soundman is the responsibility of the local promoter.

|  | "IN" | "PERFORMANCE" | "OUT" |
|---|---|---|---|
| CARPENTRY | 12 | 1 | 12 |
| ELECTRICS | 12 | 1 | 12 |
| SOUND | 4 | 1 | 4 |
| PROPERTIES | 3 | 1 | 3 |
| PUSHERS | 4 | 0 | 4 |
| WARDROBE | 2 | 2 | 2 |
| **TOTALS** | **37** | **6** | **37** |

*SUBJECT TO CHANGE

## GENERAL REQUIREMENTS:

1. Mail **current local union contracts** (or extracts with rates, renewal dates, and applicable conditions) to Jeffrey Finn Productions (JFP) at least ten (10) weeks prior to the engagement.

2. Mail a copy of the **current hanging plot (line plot)** to JFP ten (10) weeks prior to the engagement.

3. Mail a **complete and detailed ground plan and section of the stage (in scale)** to JFP ten (10) weeks prior to the engagement. Also, include a **copy of the dressing room layouts, front of house seating charts**, and any and all **structural drawings of the stage house**. If these plans are available on AutoCAD, please send a disk.

4. Mail a **list of local doctors**, including general practitioners, ear, nose and throat, orthopedist, physical therapist, chiropractors, dentist, podiatrist, acupuncturist, appropriate hospital or medical center for emergency treatment, to JFP at least ten (10) weeks prior to the engagement

5. Mail a **list that includes local attractions/services** such as restaurants, health clubs, taxi services, bus companies, drug stores, and banks as well as **rehearsal studios** available for rent near the theatre to JFP at least ten (10) weeks prior to the engagement

6. Before the start of the load-in, all areas of the stage, fly system, backstage, loading docks, dressing rooms, orchestra pit, storage areas and production offices must be completely clear and broom clean.

7. All personnel called for the load-in, load-out and performances of the production must be qualified in their department and prompt for the starting times of the calls. All stagehands employed are expected to bring basic tools (i.e., a hammer, screwdrivers, crescent wrench, pliers or channel locks.) The Local Presenter or Union steward will be asked to immediately dismiss any local employee showing up for work or show calls under the influence of alcohol or controlled substances.

8. It is expected that when a stagehand begins working in one department (including sound within the electrical department) that stagehand will continue in that department for the duration of the load-in. Further, it is expected that when a stagehand accepts a job on the running crew that said stagehand will remain on that job for the duration of all performances. In the event that a stagehand must vacate a position then his replacement must have a minimum training period of two performances under the direction of the current employee before assuming the position alone. Any costs involved with the training of a local replacement worker, including the salary of that employee during the training period, will be the responsibility of the Local Presenter.

9. Stagehands that will be working the show will be required, at their own expense, to wear black clothing (no shorts) and dark footwear (no open-toed shoes) in order to avoid being seen while in the wings.

10. When an employee is required to work in view of the public during performances at the theater, the employee must be properly attired.

11. The production travels with the following crew: Carpentry (1), Electrics (2), Sound (1), Wardrobe (1)

12. The production travels in **Two (2) 53-foot tractor-trailers**. For the load-in and load-out, please arrange to have all available parking spaces in the immediate area of the loading dock clear and

available for trailer parking and unloading. It is extremely important that the movement of the trucks not be obstructed by cars parked on the streets and lots surrounding the theater. Therefore, it is the responsibility of the Local Presenter to arrange for bagging street meters and to secure any parking permits necessary to accommodate staging trailers on the street near the loading dock. <u>The Presenter should make arrangements to clear all vehicles and obstructions, including ice and snow that could impede loading or unloading and arrange for all necessary parking permits.</u> If the trailers cannot remain at the dock/loading area, please arrange for parking as nearby as possible. Please notify JFP is this is not possible, as soon as possible. Also consider that during the load-in the production typically may unload part of one trailer (Sound) from the street into the front of house lobby.

**Note:** **Please note that one of the trailers will need to be left at the loading dock or next to the stage door on the street for the duration of the run. The Local Presenter will be responsible for arranging the appropriate permits with the city for such truck remaining at the loading dock or next to the stage door.**

13. The show does not normally require a forklift for the unloading of the trucks. At some venues a forklift may be used as a towmotor to get items up and down ramps to the theater. The need for a forklift will be determined by the Show Carpenter prior to the show's arrival in the city.

14. Access to the grid for chain motors is not required as hoists will not be used to hang electrics.

## LOAD-IN and LOAD-OUT

1. As of this date, we estimate load-in to take a minimum of 8-10 hours and load-out a minimum of 3-4 hours under ideal conditions with experienced local crews. Local conditions might require a larger crew or more hours.

2. If the acting company arrives by bus, parking will need to be arranged near the stage door.

3. Restoration of the theatre can not begin until all elements of the production are loaded out.

## Work Schedule:

**This schedule is generic and subject to change.** All hands must be at theatre with tools by call time:

ESTIMATED 8 HOUR-IN, PLUS SHOW CALL

| Time | Activity |
|---|---|
| 6:00 AM - 11:00 AM | **Load-In** |
| | Fly Electrics |
| | Build Set |
| 10:00 AM | Wardrobe Called |
| 10:30 AM | Coffee |
| After Coffee | Begin Focus |
| 11:00 AM -12:00 PM | Crew Breaks (Sound Noise) |
| 12:00 PM | Continue |
| 5:00 PM | Break Yellow Card |
| 5:00 PM -6:00 PM | Dinner |
| 6:00 PM | **Show crew back** |
| 6:30 PM | **Sound Check (with Actors)** |
| **7:30 PM** | **Half Hour** |
| 8:00 PM | **Curtain** |
| 10:15 PM | **Walk Away** |

**THE PRESENTER SHALL BE RESPONSIBLE FOR ANY AND ALL COSTS RESULTING FROM DELAYS DUE TO FAILURE TO PROVIDE THE REQUIRED EQUIPMENT.**

## CARPENTRY

1. The stage area, wings, and backstage areas must be cleared of all obstructions such as pianos, flats, scenery pieces, etc. <u>All pipes (battens) from the First Clear Available Set up stage of the Smoke Pocket, to a point 36'-0" up stage of the First Available Set must be cleared</u> of all goods or hanging pieces <u>PRIOR</u> to our arrival. If the pipes are not cleared, it will merely slow down the set-up making it less efficient and more expensive. Time is of the essence in our set-up; a house that has not been "stripped" will force us to cut scenic elements from the show, which will lessen the quality of the attraction.

2. Prior to Company's arrival, the stage and wings should be swept clean, mopped and made clear of all scenery, orchestra shells, furniture, etc. Due to the fast pace of the show the wings need to be clear of all unnecessary items.

3. The production must be able to lag into the deck which is level and sound.

4. <u>The Production Carpenter will forward the hang plot to the venue approximately two weeks prior to the load-in. In general, this hang plot is to make sure that the House Sets are spaced on their normal 6" or 8" centers, and there will also be approximately eighteen (18) spot lines for off stage legs and Electics pick ups. It is critical that this be done in order to facilitate the timely installation of the production.</u>

5. Empties, road boxes, and storage crates must be stored in the theatre. If space is not available, the presenter is responsible for warehousing and trucking to a nearby location that is accessible to the production crew.

**Minimum Stage Requirements:**

| | |
|---|---|
| Proscenium Opening | 40 Feet |
| Proscenium Height | 25 Feet |
| Stage Depth (From Smoke Pocket) | 40 Feet |
| Stage Width Right/Left of Center Line | 35 Feet |
| Grid height (Pipe Travel From Deck) | 60 Feet |
| House Pipe width | 44 Feet |

<u>We require that the same local crew work the "call" at each performance.</u>

## ELECTRICS

The Company carries a full lighting package including moving lights and special effects. <u>PRESENTER agrees to provide all front-of-house equipment</u>, if requested by Producer, which may include the following: dimmers, units in a cove or balcony rail position, and box booms left and right. These should be hung and circuited according to the advance light plot, which the <u>tour electrician will forward 2 weeks prior to the engagement</u> and prior to the Company's arrival. All front of house equipment will be provided at no additional cost to PRODUCER.

PRESENTER will provide at least one (1) personnel lift of sufficient height (30 ft) to safely focus all lighting instruments. For the Front of House, PRESENTER will provide an extension ladder as necessary for hanging and focusing front of house lighting equipment.

**Personnel:**
PRESENTER will provide all personnel required to install the lighting system and have it hung, patched and operational by the scheduled hour of the focus. One representative of the lighting system supplier is to be on site at all times while the system is in use.

**Service:**
For Electrical power, we require service as follows:
- POWER: At least two (2) **400 AMP - 3 phase disconnects** are required. This power should be separate from the sound power. The Company travels with bare end 4 ⌀ tails. An electrician, qualified to tie into the building power must be available at the beginning of load-in and load-out.
- **Computer Lighting Console:** 10 amp, location TBD
- **Sound:** 100 amp 3 phase Isolated Ground, separate from main dimmer power.
- **Chain Motors:** 8 1-ton and 2-ton chain hoist may run off main power during Load In and Load Out.

The services must be accessible from within 100 feet of the standard road board location or presenter must supply and install feeder with disconnect to within 100 feet prior to the beginning of the load in. If any special hook-up is needed, a qualified person must be available for the load-in and load-out, provided at no additional cost to PRODUCER.

**Electrics Rigging:**
The electrics hang on "meat racks" on house pipe and do not require chain motors. Spot wheels will be required for cable pick ups.

**Please Note:**
Prior to load-in, Presenter must provide <u>the agreed upon power, and lighting positions fully rigged and circuited to a reasonable transfer location on the power side of the stage no more than 100 feet from the usual road board position.</u> FAILURE TO MEET THESE CONDITIONS PRIOR TO LOAD-IN MAY REQUIRE ADDITIONAL LABOR TO BE ADDED AT THE PRESENTERS EXPENSE.

## AUDIO

**Mix Position:**
The in house mix position is to be on the Orchestra level of the house, with a clear view of the stage and must not be within a sound booth or behind glass. An area of approximately 12 feet x 6 feet will need to be cleared of seats and leveled <u>prior</u> to the Company's arrival. An isolated power hookup of at least 100 amps should be available. The Company reserves the right to tie into the house cluster at the sole discretion of the tour sound engineer.
<u>**PRESENTER agrees to attach a house seating chart with the sound console location outlined and said seating chart shall hereby become a part of this agreement.**</u>

**PLEASE CHECK THE APPROPRIATE BOX:**
Seats where the sound console is to be located are removable to allow for a lower profile ( ). OR Seats where the sound console is to be located are not removable ( ).

**\*Please note that the production's traveling sound operator is required to run the board during the rehearsals and performances.**

**Service:**
100 amp 3 phase Isolated Ground, with cam locks

**House Equipment:**
Needed: Dressing Room feed, com line to spot booths, IR listening assist.
As Available: Cluster, Mezz/Balcony Delays, Under Balcony

**FOH Equipment:**
The production will be carrying 2 front-of-house sound towers that sit immediately downstage of the proscenium arch. These towers may effect sight lines in some venues.

**Wireless Microphones**
The production will use wireless microphones. The use of walkie-talkies or other broadcasting devises in the theatre may cause serious interference with our sound system.

## PROPERTIES

PRESENTER will provide, at its sole expense, two (2) 6-foot prop tables, one offstage right and one offstage left as well as four (4) folding chairs for the actors to sit in while offstage. There shall also be a clothing rack and hangers on each side for various costume pieces to be pre-set. Facial Tissues, drinking cups and drinking water shall be placed on each prop table.

**There will be a sweeping and vacuum call before each performance. Any charge for the mopping call is the responsibility of the presenter.**

## WARDROBE

1. **WE WILL NOT BE TRAVELING WITH OUR OWN WASHERS AND DRYERS.** We will require One (1) washer and One (1) dryer. These machines must be installed and in clean working condition at the time of our arrival. COIN OPERATED MACHINES ARE NOT ACCEPTABLE. Even if the coin boxes are disconnected, coin op machines cycles are not adjustable for our needs. Wardrobe department also requires one (1) adjustable office chair. We use them all the time and they must be available for use upon arrival. Washers must not be shared with the maintenance department for the washing of mops and rags.

2. Access to the theatre is required for daily work calls. There will be one four-hour wardrobe work call per week. This work call shall be at Presenter's expense.

3. The wardrobe "IN" starts on the day of the first performance (approximately 10 a.m.), unless specified differently by the wardrobe "white card" sent to the local wardrobe business agent. The wardrobe show call is earlier than the running crew-call for each performance.

4. Wardrobe needs to be located in a large, well lit room to accommodate 2 rolling racks, 1 work box, 3 gondolas, and 2 hampers. The room must be lockable. There must be four (4) 6ft – 8ft work tables and 4 chairs. If only a slop sink is available for wardrobe use, it must be thoroughly cleaned and designated for use only by the company during the engagement. It may not be use for floor mops, rags, etc

## HAIR & WIGS

Wardrobe may be responsible for some wig maintenance.

## DRESSING ROOMS

Our company consists of Eleven (11) performers (6 onstage and 5 understudies), One (1) Company Manager, Two (2) Stage Managers and a crew of Six (6). The optimal dressing room requirements are as follows:

Two (2) Star dressing rooms
Seven (7) dressing rooms for the performers
One (1) dressing room for the juvenile performers
One (1) room for tutoring.

The offices of both the Stage Manager and Company Manager must be able to be locked and the presenter must supply no less than two copies of the keys two each room. Managers must have access to their offices during business hours.

All performers' dressing rooms **MUST** be clean (floors, make-up tables, mirrors, sinks and bathrooms) prior to the START of the load-in and maintained daily. All rooms need to be properly heated / air-conditioned. The dressing rooms must be well lit (please replace all burnt out bulbs) with hanging racks (**NOT CLOTHES HOOKS**) and running water to conform to EQUITY SAFE AND SANITARY REGULATIONS. Each space used by a performer must have a mirror and suitable lighting around mirror to see while preparing for the performance. Chairs, not stools or benches are required at each space used by a performer. The dressing rooms **must** be cleaned prior to the start of the wardrobe call on load-in day and prior to the actors' arrival each day of the run.

## HOSPITALITY:

1. PRESENTER will provide, at its sole expense, the following hospitality items: Water in the wings on each side (disposable plastic/paper cups/bottles only) through the length of the engagement. Water coolers (with hot and cold water) should be available to the performers near the stage area.

2. If the yellow card is not broken by 5:00PM due to local conditions, hot catered dinner may be required on the day of the first performance for the entire run crew (including road crew) as required by the production or local and/or pink contracts. Most often this meal is required for the Sound and Prop departments. Exact time of the meal will be determined with the Production Carpenter and Company Manager. Any meal(s) are to be a local documented expense.

## STAR REQUIREMENTS:

PRESENTER will provide a one-bedroom suite in a First Class hotel, approved by the Producer, for each star (two suites total) for the duration of the stay during the local engagement.

PRESENTER shall provide two (2) one-bedroom suites (one suite for each star) in a First Class deluxe accommodation. The suites must have a separate sleeping room from the Parlor, and all accommodations are to be approved by the company manager.

PRESENTER shall provide two (2) private star dressing rooms, both of which shall contain a full bathroom, cot/sofa, fully lighted mirrors, chairs, as outlined in the technical requirements rider. PRESENTER agrees to supply usual hospitality items including coffee and tea service, sodas, non-carbonated bottled water, etc. A fruit plate is to be provided on the Opening Night performance. If there

is a private shared lounge between the two star dressing rooms, then all hospitality items may be placed in the lounge to be shared by the stars.

PRESENTER shall provide limousine or Town Car transportation to and from airport, to the hotel, to and from hotel to theatre, and to and from all local press events.

## TELEPHONES

ON GOLDEN POND requires Three (3) backstage telephone lines with distribution of these lines as follows: One (1) line in the Company Manager's office with call waiting, as well as a separate computer hookup for internet connection - preferably high-speed. Two (2) in the Stage Manager's office (One with call waiting and the other, a dedicated fax line), as well as a separate computer hookup for internet connection - preferably high-speed. All telephone lines must be activated by commencement of ON GOLDEN POND load-in.

Installation and local telephone usage for all telephone lines shall be paid for by the local presenter and may be included as a local expense. ON GOLDEN POND will pay for all long distance charges. No telephone lines may go through a switch board or in-house telephone system.

Phone numbers must be provided to Production Stage Manager or Company Manager no later than Wednesday of the week prior to arrival. All phone lines must be checked and in working order prior to arrival.

## SECURITY

Security personnel **must** be provided by the local presenter at its sole cost and expense for each performance. Such personnel are to be at the theatre at one hour before each performance and remain at the theatre until the last company member has departed. We also request that one Usher be posted at the sound mixing console during the intermission. The security personnel will receive their instructions from the Production Stage Manager.

## SPACING AND SOUND CHECK

Before each opening performance, in every city, it is necessary for the performers to have time to familiarize themselves with the new stage facility and run a sound check to set levels and adjust the equalization. This procedure will end no later than one-half hour before the scheduled curtain time; therefore, the audience cannot be admitted into the auditorium until that time.

## CREW CALLS

One (1) propman may be called 2 hours prior to curtain to clean the deck (and then preset for the performance). One (1) electrician called at 1 1/2 hours prior to curtain for light check.

One (1) carpenter may be called 1 1/2 hours prior to curtain.

There may be a 4 hour lighting call on Friday afternoon for Four (4) electricians, call by show electrician as necessary.

Once the show is in performance, crew calls for rehearsals will be determined based on needs of the ON GOLDEN POND Company. The Production staff will make calls, complying with all local union's rules and regulations.

## SHOW INFORMATION

Act I runs approximately Fifty (50) minutes and Act II runs approximately Forty-Five (45) minutes. There will be a Fifteen (15) or Twenty (20) minute intermission. If the house needs a longer break, or normally takes a longer break, please advise the Production Stage Manager **PRIOR** to the opening. We begin ACT I no later than five minutes after the scheduled curtain time unless prior arrangements have been made.

In order to cut down on pre-performance crew calls, we MUST have full use of the stage up until 30 minutes prior to curtain. Please make sure that your Front-of-House staff knows that the auditorium must remain closed until one half-hour prior to curtain time.

A hot catered meal may be required between the final performance and the beginning of the load-out, and for any subsequent meal breaks, for the entire running crew (both road and local) as required by local and pink contracts. Exact time of the meal(s) to be determined with the Production Carpenter and Company Manager. Any meal(s) are to be a local documented expense.

## PRESENTER AVAILABILITY

The Presenter or his representative must be reasonably available to the Road Carpenter and the Production Stage Manager from one hour prior to the load-in to the end of the first performance. This person must be able to make decisions on behalf of the local promoter/presenter. Please realize that many of the crucial decisions are made within the first few hours of the load-in and that without representation, time and money may be wasted.

## BOX OFFICE REPORTS

Please forward daily box office reports to Jeffrey Finn Productions via fax (212) 575-2434. These figures should be provided no later than two months prior to the first play date of the engagement. Reports should include: Total Gross Potential for a full week (8 performances), Total Gross Potential for Run, Single Ticket Sales, Group Sales, Phone Sales, Subscription Sales or Adjustments, Daily Wrap Total, Total Sales or Total Advance and Unpaid Groups. Daily sheets should commence as soon as tickets are on sale. Questions should be directed to Jeffrey Finn at (212) 575-9600.

## CREW & STAFF

| | |
|---|---|
| General Manager: | Jeffrey Finn, Jeffrey Finn Productions<br>E-mail: jfinn@jeffreyfinnproductions.com<br>Phone:   212-575-9600<br>Fax:      212-575-2434 |
| Company Manager: | Betsy Conner, Jeffrey Finn Productions<br>Cell Phone:   302-331-1129<br>E-mail:       betsyco1@aol.com |
| Booking Agent: | Avid Touring<br>Phone:   212-840-4393 |
| Technical Supervisor: | Peter Fulbright, Tech Production Services, Inc.<br>Mary Duffe<br>Office:   212-278-0908<br>Fax:      212-278-0978<br>Colleen Houlehen, Associate<br>Cell Phone:   914-260-9606<br>E-mail:       ch@techproduction.com |
| Production SM: | Bernita Robinson<br>Cell Phone:   917-834-9517<br>E-mail:       berfrobinson@aol.com |
| Production Carpenter: | Nate Fulmer<br>Cell Phone:   415-307-7044 |
| Head Electrician: | Mike Berg<br>Cell Phone:   909-240-7528 |
| Head Sound: | Sunil Rajan<br>Cell Phone:   646-431-7573 |
| Head Props: | David Krugh<br>Cell Phone:   917-334-9992 |
| Wardrobe Supervisor: | Kathy Guida<br>Cell Phone:   917-991-5770 |

From: Leslie Sikora <lesliesikora@polktheatre.org>
Subject: **Re: ON GOLDEN POND - Lakeland, FL**
Date: October 19, 2006 2:53:36 PM EDT
To: Ron Gubin <Gubin@AvidTouring.com>

Absolutely not.... We are a non-profit facility, which translated, means... grossly understaffed. Tuesday evening we had the first show in our Performing Arts Series and currently have a rental that took all our attention yesterday and today. I meant to get it back to you, but it was not first on my plate since the show is not until February. I will get it to you tomorrow. Maybe you should know that we have an excellent reputation never canceling shows.... EVER!!! You would not know that as we haven't worked together before. You will never have to lose confidence with us as a client.

*Leslie A. Sikora*
Executive Director

From: Leslie Sikora <lesliesikora@polktheatre.org>
Subject: **Re: ON GOLDEN POND - Lakeland, FL**
Date: October 24, 2006 6:40:04 PM EDT
To: Jessica Francis <francis@avidtouring.com>

Jessica-

Let me tell you a little history behind the booking of this show that you may not have been privy to. We had a show that was part of our Performing Arts Series cancel. We had to hurry and find a replacement show. Our brochure was about to go to print and waiting at the printers for us to drop in the show we booked as a replacement. When the word finally came that they would do the show, it was a much more expensive show than I had anticipated. I wanted to adjust the ticket prices for the show and charge a little more than our single ticket sales for the other shows, but there was just no way I could have the whole brochure printed again. Believe me I totally want to charge more. If I could find a way I would, but remember I am not even allowed to advertise this show until after December 10th. I had to get special permission to even print my brochure to send to my typical season ticket holders. I wish I could increase the price now, but we have already started selling single tickets. Would they consider accepting 70% NAGBOR?

Let me know-

Many thanks,

Leslie


# Leslie A. Sikora
Executive Director