LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

101 E. Kennedy Boulevard, Suite 900, Tampa, Florida 33602-5133
Tel 813-261-7800   Fax 813-261-7899
www.fordharrison.com

Writer's Direct Dial:

WILLIAM E. GROB
(813) 261-7848
wgrob@fordharrison.com

**RECEIVED JUN 29 2007 CHAMBERS OF COLLEEN McMAHON**

**MEMO ENDORSED**

June 27, 2007

**VIA FED EX**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
Courtroom 21B
500 Pearl Street
New York, New York 10007

*[Handwritten: No. I will [illegible] will be at the conference.]*

Re:   JFP Touring, LLC v. Polk Theatre, Inc.

Dear Judge McMahon:

This firm represents the defendant, Polk Theatre Inc., in the above-referenced matter. We write to respectfully request that the Court adjourn, *sine die*, the July 13, 2007 Initial Conference scheduled by Your Honor by order dated May 7, 2007 due to the pending dispositive motion filed by Defendant in this matter. On May 1, 2007, Defendant filed a Motion to Dismiss the Complaint for lack of jurisdiction or in the alternative to transfer venue to the Middle District of Florida. The motion was fully briefed by the parties as of June 14, 2007, and is awaiting decision by the Court. We respectfully request that the Court adjourn the July 13 conference date until a decision is reached on Defendant's motion, as the motion is dispositive with respect to the jurisdiction of this Court over the claims raised in the Complaint.

Counsel for plaintiff has consented to the request to adjourn the July 13 Initial Conference, but requests that the Court schedule an alternate date for the Conference. He has advised that he intends to write a separate letter to the Court concerning this matter because he has a scheduling conflict with the July 13 date.

We thank the Court for its courtesies in this matter.

Respectfully,

*[signature]*

William E. Groh
FORD & HARRISON LLP

*[Handwritten: I will [illegible]]*

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____**

cc:   Elana Gilaad, Esq.
      Leslie H. Ben-Zvi, Esq.

ATLANTA • ASHEVILLE • BIRMINGHAM • CHICAGO • DALLAS • DENVER • JACKSONVILLE • LOS ANGELES • MELBOURNE
MEMPHIS • MIAMI • MINNEAPOLIS • NEW YORK • ORLANDO • PHOENIX • SPARTANBURG • TAMPA • WASHINGTON, D.C.