UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JFP Touring

                Plaintiff(s),                07 Civ. 3341 (CM)(RLE)

-against-                                  ORDER OF REFERENCE
                                                    TO A MAGISTRATE JUDGE

Polk Theatre

                Defendant(s).

------------------------------------------------------------X

The above entitled action is referred to the Honorable _Ellis_, United States Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

__✓__ Specific Non-Dispositive Motion/Dispute:*

    Discovery
    [illegible]

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose: ____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: ____

____ Habeas Corpus

____ Social Security

__✓__ Settlement*

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation

____ Inquest After Default/Damages Hearing

Particular Motion: ____

All such motions: ____

* Do not check if already assigned for general pretrial.

Dated: New York, New York
7/20/07

SO ORDERED

Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 7/20/07