UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JFP TOURING, LLC | ) Case No. 07-cv-03341 (CM)(RLE) |
| Plaintiff, | ) ORDER TO ADMIT JOHN W. FROST, |
| vs. | ) II PRO HAC VICE |
| POLK THEATRE, INC., | ) |
| Defendant. | ) |

Upon the motion of Charles R.A. Morse, sponsor attorney, and his affidavit in support,

**IT IS HEREBY ORDERED**:

| | |
|---|---|
| Applicant's Name: | John W. Frost, II |
| Firm Name: | Frost Tamayo Sessums & Aranda, P.A. |
| Address: | 395 South Central Avenue |
| City/State/Zip: | Bartow, FL 33830 |
| Phone Number: | (863) 533-0314 |
| Fax Number: | (863) 533-8985 |
| Email: | jfrost1985@aol.com |

is admitted to practice pro hac vice as counsel for Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 8/14 , 2007

United States District Judge