```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JFP TOURING, LLC,

    Plaintiff,

v.

POLK THEATRE, INC.,

    Defendant.

_____/

ORDER APPROVING STIPULATION
FOR SUBSTITUTION OF COUNSEL
FOR DEFENDANT

Docket No.: 07-cv-03341 (CM)(RLE)

    **THIS CAUSE** came on for consideration upon the Joint Stipulation for Substitution of Counsel for Defendant, POLK THEATRE, INC., and the Court having reviewed the record and being fully advised in the premises

    **IT IS HEREBY ORDERED:**

    1. The Stipulation for Substitution of Counsel for Defendant is hereby approved, and William E. Grob, Esquire, Elana Gilaad, Esquire, and the law firm of FORD & HARRISON LLP shall be deleted as counsel of record and relieved of all further responsibilities as attorney for Defendant in this matter.

    2. John W. Frost, II, Esquire, of the law firm of Frost Tamayo Sessums & Aranda, P.A. shall be substituted as counsel for Defendant in this matter. All further pleadings shall be served upon John W. Frost, II, Esquire, at Frost Tamayo Sessums & Aranda, P.A., Post Office Box 2188, Bartow, FL 33831-2188.

Dated: 9/5, 2007

_____
COLLEEN McMAHON
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by email upon:

Leslie H. Ben-zvi, Esquire
1790 Broadway – 10th Floor
New York, NY 10019
Attorney for Plaintiff

Elana Gilaad, Esquire
Ford & Harrison, LLP
100 Park Avenue, Suite 2500
New York, NY 10017
and
William Edward Grob, Esquire
Ford & Harrison, LLP
101 E. Kennedy Boulevard, Suite 900
Tampa, FL 33602-5133

John W. Frost, II, Esquire
Post Office Box 2188
Bartow, FL 33831-2188
Attorney for Defendant

Dated: _____, 2007.

_____
Judicial Assistant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JFP TOURING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> POLK THEATRE, INC., <br><br> Defendant. | JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT <br><br> Docket No.: 07-cv-03341 (CM)(RLE) |

It is hereby stipulated and agreed by the undersigned, that William E. Grob, Esquire, Elana Gilaad, Esquire, and the law firm of FORD & HARRISON LLP be deleted as counsel of record for Defendant, POLK THEATRE, INC., and that John W. Frost, II, Esquire, of the law firm of Frost Tamayo Sessums & Aranda, P.A. be substituted as counsel of record for Defendant. William E. Grob, Esquire, Elana Gilaad and the law firm of FORD & HARRISON LLP, shall be relieved of all further responsibilities as attorney for Defendant, POLK THEATRE, INC., in this matter. All further pleadings and correspondence shall be served upon John W. Frost, II, Esquire, Frost Tamayo Sessums & Aranda, P.A., P. O. Box 2188, Bartow, Florida 33831-2188, instead of William E. Grob, Esquire, Elana Gilaad, Esquire, or FORD & HARRISON LLP.

FORD & HARRISON LLP

By: _____
William Edward Grob
Florida Bar No.: 0463124
101 E. Kennedy Boulevard, Suite 900
Tampa, FL 33602-5133
Telephone: (813)261-7800
Facsimile: (813)261-7899
Email: wgrob@fordharrison.com

FROST TAMAYO SESSUMS
& ARANDA, P.A.

By: _____
John W. Frost, II
Florida Bar No. 114877
Post Office Box 2188
Bartow, FL 33831-2188
Telephone: (863)533-0314
Facsimile: (863)533-8985
Email: jfrost1985@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 30th day of August, 2007, that a true and correct copy of the foregoing has been served by email to:

> Leslie H. Ben-zvi, Esquire
> 1790 Broadway –10th Floor
> New York, NY   10019
> Attorney for Plaintiff

>> /s/ John W. Frost, II
>> Attorney