USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JFP TOURING, LLC,

    Plaintiff,

v.                          Docket No.: 07-cv-03341 (CM)(RLE)

POLK THEATRE, INC.,

    Defendant.

/

## ORDER GRANTING JOINT
## STIPULATION FOR DISMISSAL WITH PREJUDICE

In accordance with Rule 41(a)(1)(ii), *Federal Rules of Civil Procedure*, this cause came before the Court on the Joint Stipulation For Dismissal With Prejudice, and the Court being otherwise fully advised in the premises, it is thereupon, upon consideration

**ORDERED AND ADJUDGED** that all claims by JFP TOURING, LLC, against POLK THEATRE, INC., and all claims by POLK THEATRE, INC., against JFP TOURING, LLC, in the above-styled action be and are hereby dismissed with prejudice with each party to bear their own costs.

Dated:    New York, New York
             November 14, 2007.

_____
COLLEEN McMAHON
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by email upon:

Leslie H. Ben-zvi, Esquire
Email: Leslie@BenZviLaw.com
100 Wall Street – 23rd Floor
New York, NY 10005
Attorney for Plaintiff, JFP Touring, LLC

John W. Frost, II, Esquire
Email: Jfrost1985@aol.com
Post Office Box 2188
Bartow, FL 33831-2188
Attorney for Defendant, Polk Theatre, Inc.

Dated:    New York, New York
          November __, 2007.

                                    _____
                                    Judicial Assistant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JFP TOURING, LLC,

    Plaintiff,

v.                                  Docket No.: 07-cv-03341 (CM)(RLE)

POLK THEATRE, INC.,

    Defendant.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    Pursuant to Rule 41(a)(1)(ii), *Federal Rules of Civil Procedure*, the parties, Plaintiff, JFP TOURING, LLC, and Defendant, POLK THEATRE, INC., by their undersigned attorneys, hereby stipulate and move this Court to enter its Order dismissing the above-styled cause of action filed by JFP TOURING, LLC, against POLK THEATRE, INC., and the Counterclaim filed by POLK THEATRE, INC. against JFP TOURING, LLC, as the matters in controversy between the parties have been amicably settled, with each party to bear their own costs.

    Respectfully submitted this 13th day of November, 2007.

| | |
|---|---|
| _____ | _____ |
| JOHN W. FROST, ESQUIRE | LESLIE H. BEN-ZVI, ESQUIRE |
| Frost Tamayo Sessums & Aranda, P.A. | (LB-8639) |
| P.O. Box 2188 | 100 Wall Street – 23rd Floor |
| Bartow, FL 33831-2188 | New York, NY 10005 |
| Telephone: (863) 533-0314 | Telephone: (212)719-5300 |
| Facsimile: (863)533-8985 | Facsimile: (212)666-6655 |
| Email: jfrost1985@aol.com | Email: Leslie@BenZviLaw.com |
| Attorneys for: | Attorney for: |
| Polk Theatre, Inc. | JFP Touring, LLC |